UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| OSCAR JAVIER RAMIREZ,<br><br>        Plaintiff,<br>  v.<br><br>U.S. BANK N.A., et al.,<br><br>        Defendants.<br>_____/ | No. C 12-851 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This case is currently scheduled for a case management conference on June 7, 2012. However, on May 24, 2012, the Court held a hearing on Plaintiff's Motion to Remand (Dkt. No. 13 ) and Defendants' Motion to Dismiss (Dkt No. 8).  At the hearing, Plaintiff reported that he is willing to attempt to resolve this matter through the Alternative Dispute Resolution (ADR) process with the ADR Unit.  Defendants also agreed to participate in the ADR process.  Accordingly, the Court referred this matter to the ADR Unit pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3.  As the ADR referral is ongoing and the motions remain pending, the Court finds a c.m.c. unnecessary at this time and hereby VACATES the June 7 conference.

**IT IS SO ORDERED.**

Dated: May 29, 2012

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge